IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSS D. GREER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00274-MAB |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 23), the Commissioner's final decision denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of Plaintiff Ross D. Greer and against Defendant Commissioner of Social Security.

DATED: September 27, 2021

                                            **MARGARET M. ROBERTIE,**
                                            **Clerk of Court**

                                            BY:  /s/ *Jennifer Jones*
                                                  **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**